**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MICHAEL J. BERBERICH,

        Petitioner,        Case Number: 06-CV-10914

v.        HON. VICTORIA A. ROBERTS

HELEN J. MARBERRY,

        Respondent.
_____/

**JUDGMENT**

    IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated December 5, 2006 , this cause of action is DISMISSED WITH PREJUDICE.

    Dated at Detroit, Michigan this 5th  day of December   , 2006.

                DAVID J. WEAVER
                CLERK OF THE COURT

            .BY:   S/C Pinegar

APPROVED:

 S/Victoria A. Roberts
VICTORIA A. ROBERTS
UNITED STATES DISTRICT JUDGE